IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

**FILED**
MAR 0 7 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:23 CR 0124 |
| BETH A. BURNS, | ) | Title 18, United States Code, Section 641 |
| Defendant. | ) | JUDGE HELMICK |

**COUNT 1**
(Theft of Government Property, 18 U.S.C. § 641)   **MAG JUDGE CLAY**

The First Assistant United States Attorney charges:

From in or around December 2015 to in or around July 2020, in the Northern District of Ohio, Western Division, Defendant BETH A. BURNS, in a continuing course of conduct, willfully and knowingly did steal, purloin and convert to her own use, without authority, dispose of property of the United States exceeding $1,000.00 in value, belonging to the Social Security Administration, an agency of the United States, to wit: Title II Survivor Insurance benefits, in the amount of approximately $45,937.10, in violation of Title 18, United States Code, Section 641.

MICHELLE M. BAEPPLER
First Assistant United States Attorney

By: _[signature]_
EDWARD F. FERAN
Chief, General Crimes Unit